Christoher A. Prine
CLERK of the First dist.
Court of Appeals
301 Fannin St. Houston, Tx. 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

MAR 11 2015

CHRISTOPHER A. PRINE

CLERK

March 5, 2015.

RE: Edaward Flores v. State; #01-13-00295-Cr

Dear Christopher A. Prine,

I am writing you concerning my appeal at hand. I would like to know if the Court has made a ruling on my case yet? Please notify me of what you may find out.

Thank you for all your time and help within this matter!

Respectfully,

X

Edward Flores
1848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884

CC: file.



Edward Flores
#01848741-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884



LEGAL MAIL!!



Christopher A. Prine
CLERK of the First District
Court of Appeals
301 Fannin St.
Houston, Tx. 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR 11 2015
CHRISTOPHER A. PRINE
CLERK

7700220G6699

OFFENDER MAIL. THIS INSPECTED BY TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONS DIVISION